No. 222. SCHATTE ET AL. *v.* INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS ET AL. C. A. 9th Cir. The motion for leave to file brief of Conference of Studio Unions et al., as *amici curiae,* is denied. Certiorari denied. *Zach Lamar Cobb* for petitioners. *Henry G. Bodkin, George M. Breslin* and *Michael G. Luddy* for the International

Alliance of Theatrical Stage Employees and Moving Picture Machine Operators et al.; and *Homer I. Mitchell* for the Association of Motion Picture Producers, Inc. et al., respondents. *Robert W. Kenney* filed the motion for leave to file a brief for the Conference of Studio Unions et al., as *amici curiae.*